**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

DWAYNE HILL,                 :   No. 80 MM 2023

             Petitioner

             v.

COURT OF COMMON PLEAS OF
PENNSYLVANIA, CUMBERLAND
COUNTY,

             Respondent

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of October, 2023, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief and the Motions for Leave to File a Reply are DENIED.